## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF GERALD ROBINS, by and through TODD ROBINS, as Personal Representative,<br><br>Plaintiff,<br><br>vs.<br><br>LIBBY OF CASCADIA, LLC d/b/a LIBBY CARE CENTER; and DOES 1-50,<br><br>Defendants. | CV 25-151-M-WMM<br><br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 16), and for good cause appearing,

**IT IS HEREBY ORDERED** that the parties' motion is **GRANTED**.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendants in this action are dismissed with prejudice to the refiling of same, each party to pay their own court costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this is a final order that disposes of all parties as well as all claims asserted or that could have been asserted in this case.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 5th day of March, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE